IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA JUAREZ | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 5:17-CV-1229-OLG |
| | § | |
| WAL-MART STORES TEXAS LP, | § | |
| WAL-MART REAL ESTATE BUSINESS | § | |
| TRUST, AND WAL-MART STORES, INC., | § | |
| AND WAL-MART STORES TEXAS, LLC | § | |

## JOINT ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Maria Juarez and Defendants Wal-Mart Stores Texas LP, Wal-Mart Real Esate Business Trust, Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC (herein referred to as "Defendants"), and file this their Joint Advisory to the Court and would respectively show unto the Court the following:

I.

The parties hereby advise the Court that the above-styled and numbered cause has been settled by the parties. The parties are in the process of preparing the necessary documentation that will be filed with the Court.

                                        Respectfully submitted,

                                        DAW & RAY
                                        A LIMITED LIABILITY PARTNERSHIP

                                        *James K. Floyd*
                                        Jaime A. Drabek
                                        Texas Bar No.: 06102410
                                        Federal Bar No.: 8643
                                        Email: jdrabek@dawray.com

James K. Floyd – Of Counsel
Texas Bar No.:  24047628
Federal Bar No. 559561
Email: jfloyd@dawray.com
3900 N. 10th St. Suite 950
McAllen, Texas 78501
(956) 687-3121 Telephone
(956) 687-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**


SICO HOELSCHER HARRIS LLP

*Bianca Calderon de Lachica*
Jason P. Hoelscher
Federal ID No. 38772
Bianca Calderon de Lachica
Federal ID No. 2338505
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78401
Email: bcalderondelachica@shhlaw.com
Email: teamcalderondelachica@shhlaw.com
(361) 653-3300 Telephone
(361) 653-3333 Facsimile
**ATTORNEY FOR PLAINTIFF**